# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BADER NAHAR FUGAHA, ) | |
| ) | CASE NO. C10-1369-JLR |
| Petitioner, ) | |
| ) | |
| v. ) | REPORT AND RECOMMENDATION |
| ) | |
| BRYON WILCOX, Acting Field Office Director, U.S. Immigration and Customs Enforcement, *et al.*, ) | |
| ) | |
| Respondents. ) | |

On August 25, 2010, Bader Nahar Fugaha ("petitioner"), proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which challenges his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. 1.) On September 17, 2010, however, petitioner filed a Stipulated Motion for Order of Dismissal, indicating that he has been released from immigration custody pursuant to an Order of Supervision and is no longer detained by ICE. (Dkt. 8.) Accordingly, the Court recommends that petitioner's motion be granted, and that this action and all claims asserted herein be dismissed without prejudice and without fees or costs to either party.

REPORT AND RECOMMENDATION
PAGE -1
REPORT AND RECOMMENDATION
PAGE -1

Case 2:10-cv-01369-JLR   Document 9   Filed 09/21/10   Page 1 of 2

01   DATED this 21st day of September, 2010.

02

03                                            /s/ Mary Alice Theiler
                                              Mary Alice Theiler
04                                            United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2