UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BADER NAHAR FUGAHA, <br><br> Petitioner, <br><br> v. <br><br> BRYON WILCOX, Acting Field Office Director, U.S. Immigration and Customs Enforcement, *et al.*, <br><br> Respondents. | CASE NO. C10-1369-JLR <br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's Stipulated Motion for Order of Dismissal (Dkt. 8) is GRANTED, and this action is DISMISSED without prejudice and without fees or costs to either party.

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 24th day of September, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1

10-CV-01369-JY